CHERYL L. GRAVES, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska  99501
(907)  274-5100  Fax (907) 274-5111

Attorneys for Defendant USAA Military Home,
Life & Auto

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT FAIRBANKS**

| | |
|---|---|
| GEROME AND KELISSA LINEN,<br><br>                    Plaintiffs,<br><br>        v.<br><br>UNITED SERVICES AUTOMOBILE<br>ASSOCATION,<br><br>                    Defendant. | Case No. 4:13-cv-00004 RRB |

**NOTICE OF PARTIES**

Pursuant to 28 U.S.C. § 1146, United Services Automobile Association, through its attorneys, Farley & Graves, P.C., hereby provide the following list of counsel of record in the above-entitled action:

      Plaintiff:     Kenneth L. Covell, Esq.
                        Law Office of Kenneth Covell
                        712 8th Avenue
                        Fairbanks, AK  99701
                        Tel: 1(907) 452-4377
                        covalladmin@gci.net

NOTICE OF PARTIES
LINEN V. USAA
CASE NO. 4:13-cv-00004 RRB

Page 1 of 2

/AH

31349-90160203   Case 4:13-cv-00004-RRB   Document 7   Filed 03/04/13   Page 1 of 2

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111

Defendant:    Cheryl L. Graves, Esq.
Farley & Graves, P.C.
807 G Street, Suite 250
Anchorage, AK 99501
907-274-5100

DATED this 4th day of March 2013 at Anchorage, Alaska.

FARLEY & GRAVES, P. C.

By: __s/Cheryl L. Graves__
CHERYL L. GRAVES
807 G Street, Suite 250
Anchorage, AK  99501
Ph. (907) 274-5100
Fax (907) 274-5111
E-Mail:   cgraves@farleygraves.com
              ahill@farleygraves.com
Alaska Bar No.: 9711062
Attorneys for Defendant USAA Military Home, Life & Auto

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this 4th day of March 2013 a true and correct copy of the foregoing Notice of Parties was served electronically on the following person(s):

Kenneth L. Covell, Esq.
Law Office of Kenneth Covell
712 8th Avenue
Fairbanks, AK  99701
covelladmin@gci.net

By: _s/Cheryl L. Graves_