CHERYL L. GRAVES, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska 99501
(907) 274-5100  Fax (907) 274-5111

Attorneys for Defendant USAA Military Home,
Life & Auto

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT FAIRBANKS

GEROME AND KELISSA LINEN,

        Plaintiffs,

    v.

UNITED SERVICES AUTOMOBILE ASSOCIATION,

        Defendant.

Case No. 4:13-cv-00004 RRB

## MEMORANDUM IN SUPPORT OF MOTION TO STRIKE ADVICE OF COUNSEL

Plaintiffs have filed what appears to be supplemental briefing entitled "Advice of Counsel." Defendant objects to Plaintiffs' filing of supplemental briefing. Local Rule 7.1(i)(1) states that "[s]upplemental briefs may not be filed without leave of court. If a party proposes to file a pleading or brief not authorized by these rules, the party must serve and file a motion requesting permission to do so and attach a copy of the pleading or brief to the motion."

MEMORANDUM IN SUPPORT OF MOTION TO STRIKE
ADVICE OF COUNSEL
LINEN V. USAA
CASE NO. 4:13-cv-00004 RRB

Page 1 of 3 /AH

Case 4:13-cv-00004-RRB   Document 16   Filed 04/24/13   Page 1 of 3

Plaintiffs have not requested leave of this court to file supplemental briefing. They have not filed and served a motion requesting permission to file this type of briefing with the court. They have failed to follow the guidelines established by our local rules. Plaintiffs had every opportunity to obtain the requisite Order prior to filing their Reply.

Defendant requests the court STRIKE Plaintiffs' Advice of Counsel for failing to follow proper procedure. If the court accepts Plaintiffs' Advice of Counsel *sua sponte*, Defendant requests this court's permission to respond.

DATED this 24th day of April 2013 at Anchorage, Alaska.

    FARLEY & GRAVES, P. C.

By:    s/Cheryl L. Graves
    CHERYL L. GRAVES
    807 G Street, Suite 250
    Anchorage, AK 99501
    Ph. (907) 274-5100
    Fax (907) 274-5111
    E-Mail:    cgraves@farleygraves.com
                 ahill@farleygraves.com
    Alaska Bar No.: 9711062
    Attorneys for Defendant United Services Automobile Association

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100 FAX (907) 274-5111

MEMORANDUM IN SUPPORT OF MOTION TO STRIKE
ADVICE OF COUNSEL
LINEN V. USAA
CASE NO. 4:13-cv-00004 RRB

Page 2 of 3    /AH

Case 4:13-cv-00004-RRB Document 16 Filed 04/24/13 Page 2 of 3

**CERTIFICATE OF SERVICE**

    Pursuant to Civil Rule 5, I hereby certify that on this 24th day of April 2013 a true and correct copy of the foregoing Memorandum In Support of Motion to Strike Plaintiffs' Advice of Counsel was served electronically on the following person(s):

    Kenneth L. Covell, Esq.
    Law Office of Kenneth Covell
    712 8th Avenue
    Fairbanks, AK  99701
    covelladmin@gci.net


By: _s/Cheryl L. Graves_

MEMORANDUM IN SUPPORT OF MOTION TO STRIKE
ADVICE OF COUNSEL
LINEN V. USAA
CASE NO. 4:13-cv-00004 RRB

Page 3 of 3

/AH

Case 4:13-cv-00004-RRB   Document 16   Filed 04/24/13   Page 3 of 3

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111